UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TSION HAILE,**
9602 Slow Way Coast Dr.
Lorton, Virginia, 22079

   Plaintiff

  v.               Civil Action No.:

**UNITED STATES OF AMERICA**
 Serve: Ronald C. Machen, Jr.
   United States Attorney for
   the District of Columbia
   555 Fourth Street, N.W.
   Washington, D.C., 20530

**ALSO SERVE:**
   Eric H. Holder, Jr.
   Attorney General of the
   United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, N.W.
   Washington, D.C., 20530-0001

**ALSO SERVE:**
   Stephen T. Ayers, FAIA
   Architect of the Capitol
   United States Capitol
   East Capitol St., N.E., & First
    St., S.E.
   Washington, D.C., 20004

    Defendant

<u>COMPLAINT</u>
(Federal Tort Claims Act – Negligence – Damages – Personal Injuries)

LAW OFFICES
SACKS & CHAPIN, P.C.
4720 MONTGOMERY LANE, SUITE 330
BETHESDA, MD 20814
(202) 659-1200

Plaintiff, Tsion Haile, by and through her attorneys, Peter A. Chapin, Esquire, and Sacks & Chapin, P.C., sue the above named defendant, and for cause of action

-2-

respectfully represent as follows:

1. This is an action against the defendant, United States of America, pursuant to the Federal Tort Claims Act, (28 U.S.C. §2671, *et seq.*), and 28 U.S. C. §1346(b)(1) for negligence, money damages, and injuries which were allegedly tortiously caused to plaintiff on or about January 23, 2013.

2. All of the events giving rise to plaintiff's claims occurred within the District of Columbia, and venue is proper in this District pursuant to 28 U.S.C. §1391(e)(2).

3. At all times referred to herein, the Architect of the Capitol was a "federal agency" within the meaning of 28 U.S.C. §2671.

4. Plaintiff has fully complied with the provisions of 28 U.S.C. §2675, of the Federal Tort Claims Act (*see attached copy of plaintiff's Standard Form 95, with attachments, marked as Exhibit 1*).

5. This law suit has been timely filed in that plaintiff Haile timely served notice of her claim with the Architect of the U.S. Capitol less than two (2) years after the incident forming the basis of this law suit.

6. On June 4, 2014, Standard Form ("SF 95") was filed upon behalf of the plaintiff with the counsel for the U.S. Capitol Visitor Center, Office of the Architect of the Capitol, regarding the injuries and damages which were allegedly tortiously caused to plaintiff on or about January 23, 2013. Plaintiff's claim requested damages in the sum of Fifty Thousand ($50,000.00) Dollars. No counsel, or for that matter, any other person associated with the Architect of the U.S. Capitol has responded to counsel for plaintiff to date.

7. Pursuant to 28 U.S.C. §1346(b), any and all negligence of defendant's employee, while operating a United States owned motor vehicle and while acting within the

course of and within the scope of his/her employment with the Architect of the Capitol, is imputed to the United States.

### Factual Allegations

8. On or about January 23, 2013, plaintiff, Tsion Haile, was a pedestrian walking on a designated sidewalk on the unit block of Constitution Avenue, N.E., near 200 Delaware Avenue, N.E., Washington, D.C., when Elizabeth Ann Kause, an agent, servant, and or employee of the Capitol Visitor Center and/or the Architect of the Capitol, was operating a Capitol Visitor Center golf cart, traveling eastbound on the north sidewalk in the unit block of Constitution Avenue, N.E., when said vehicle struck the person of the plaintiff.

9. As a direct and proximate result of the sole negligence and carelessness of the defendant's agent, servant and/or employee, plaintiff, Tsion Haile, sustained painful personal injuries, damages and losses.

10. At all times referred to herein, defendant's agent, servant and/or employee, owed a duty to operate said golf cart she was driving in a careful, reasonable, and prudent manner, with due regard to pedestrians lawfully present on the sidewalk.

11. That due to the negligence and carelessness of defendant's agent, servant, and/or employee, and in said employee's failure to pay full time and attention, and failure to operate said vehicle in safe, careful, and reasonable manner, plaintiff sustained painful personal injuries, damages, and losses.

12. As a direct and proximate result of the negligence and carelessness of defendant, by and through its agent, servant and/or employee, as aforesaid, plaintiff has incurred, and may continue to incur medical and hospital expenses for her necessary and reasonable medical care; she has suffered, and may in the future suffer a loss of earnings

-4-

and/or earnings capacity; and she has suffered, and may in the future, suffer pain and losses, all of which may become permanent in nature.

WHEREFORE, plaintiff, Tsion Haile, demands Judgment of and against the defendant, the United States of America, in the amount of Fifty Thousand ($50,000.00), Dollars, plus interest from the date of Judgment and the costs of this action.

Respectfully submitted,

SACKS & CHAPIN, P.C.

PETER A. CHAPIN,   #0002030
Attorney for Plaintiff
4720 Montgomery Lane
Suite 330
Bethesda, Maryland, 20814
(202) 659-1200
(FAX) (202) 659-1029
pac@sacksandchapin.com

\* \* \* Communication Result Report ( Jun. 3. 2014  2:15PM ) \* \* \*

Date/Time: Jun. 3. 2014  2:14PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5233 | Memory TX | 2025931831 | P. 5 | OK | |

Reason for error
  E. 1) Hang up or line fail
  E. 3) No answer
  E. 5) Exceeded max. E-mail size
  E. 2) Busy
  E. 4) No facsimile connection

---

LAW OFFICES
SACKS & CHAPIN, P.C.
4350 MONTGOMERY LANE, SUITE 350
BETHESDA, MARYLAND 20814

FRED E. SACKS
PETER A. CHAPIN

(202) 659-1200

FAX (202) 659-1029

June 3, 2014

TELEFAX MESSAGE

Please deliver this message to:

Name:  Aisha Murray, Esquire - Counsel, U.S. Capitol Visitor Center

Fax#:  (202) 593-1831

Telephone #:

From:  Peter A. Chapin, Esquire

Total Number of Pages (including cover sheet): ____5

RE:   Ms. Tsion Haile
       Date of Loss:       January 23, 2013
       Loss Location:     Unit Block of Constitution Avenue

MESSAGE:

Letter with SF 95 for Ms. Tsion Haile follows. A written acknowledgment would be greatly appreciated.

Thank you.

Our FAX number is (202) 659-1029. If there is any problem with this FAX, or you do not receive the indicated number of pages, please telephone (202) 659-1200.

PLAINTIFF'S EXHIBIT 1

LAW OFFICES
## SACKS & CHAPIN, P.C.
4720 MONTGOMERY LANE, SUITE 330
BETHESDA, MARYLAND 20814

(202) 659-1200

FAX: (202) 659-1029

FRED C. SACKS (1913-1990)
PETER A. CHAPIN (D.C. & MD.)

June 3, 2014

## TELEFAX MESSAGE

Please deliver this message to:

Name: **Aisha Murray, Esquire - Counsel, U.S. Capitol Visitor Center**

Fax#: **(202) 593-1831**

Telephone #:

From: **Peter A. Chapin, Esquire**

Total Number of Pages (including cover sheet): _____5

RE: Ms. Tsion Haile
    Date of Loss: **January 23, 2013**
    Loss Location: Unit Block of Constitution Avenue

**MESSAGE:**

    Letter with SF 95 for Ms. Tsion Haile follows. A written acknowledgment would be greatly appreciated.

    Thank you.

**Our FAX number is (202) 659-1029. If there is any problem with this FAX, or you do not receive the indicated number of pages, please telephone (202) 659-1200.**

LAW OFFICES

## SACKS & CHAPIN, P.C.

4720 MONTGOMERY LANE, SUITE 330
BETHESDA, MARYLAND 20814

(202) 659-1200

FAX: (202) 659-1029

FRED C. SACKS (1913-1990)
PETER A. CHAPIN (D.C. & MD.)

June 3, 2014

**VIA FIRST-CLASS MAIL and VIA FAX**
**(202) 593-1831**

Aisha Murray, Esquire
Counsel, U.S. Capitol Visitor Center
Room SVC101
The United States Capitol
Washington, D.C., 20515

   Re: Ms. Tsion Haile
     Date of Loss:  January 23, 2013
     Loss Location: Unit Block of Constitution Avenue

Dear Ms. Murray:

  Please be advised that we are associates of original counsel to Ms. Tsion Haile, Lewis & Tompkins, P.C., from whom you received a letter of representation dated February 5, 2013.

  We will be handling Ms. Haile's unfortunate accident matter and Federal Tort Claims Act ("FTCA"), to conclusion.

  We understand that Ms. Haile's claim will not be considered as being filed until you have received a completed SF95, relative to this incident.

  Enclosed please find a completed Standard Form 95, which has been executed by our client.

  If you would kindly acknowledge our representation of Ms. Haile in this matter and acknowledge receipt of the SF 95, we will forward back to you copies of our client's expenses incurred as a result of this unfortunate incident.

  Should you require any further information, of course, please contact me.

-2-

Sincerely,

Peter A. Chapin

PAC:pw
ENCL:
**Sent Via Certified Mail - Ret. Rec. Req.**

FORM APPROVED
OMB NO. 1105-0008

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Architect of the Capitol<br>SB-15 U.S. Capitol<br>#1 First Street N.W.<br>Washington, DC 20510 | Tsion Haile<br>9602 Sloway Coast Dr.<br>Lorton, VA 22079<br><br>Peter A. Chapin, Esq.<br>4720 Montgomery Lane<br>Suite 330<br>Bethesda, MD 20814 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>05/19/1969 | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>January 23, 2013  Wednesday | 7. TIME (A.M. OR P.M.)<br>8:45 A.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On Wednesday, January 23, 2013 at about 8:45 a.m. Ms. Haile was walking eastbound on the north sidewalk in the unit block of Constitution Avenue when Defendant, Elizabeth Ann Kavse, while operating a Capitol Visitor Center Golf Cart, struck Ms. Haile on the right side of her back and ran over her right foot. Defendant failed to exercise any caution or warning by not using the horn on the golf cart or making any verbal warnings before striking Ms. Haile.

## PROPERTY DAMAGE

**9. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT** (Number, Street, City, State, and Zip Code).

N/A

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED.** (See instructions on reverse side).

N/A

## PERSONAL INJURY/WRONGFUL DEATH

**10. STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.**

Claimant suffered injuries to her back and right foot, requiring physical therapy and other medical expenses.

## WITNESSES

| 11. NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
|  |  |

## AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 0.00 | 50,000.00 | 0.00 | 50,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*[signature]* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(571)-276-6183 | 14. DATE OF SIGNATURE<br>02/05/2013 |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

...mant is liable to the United States Government for a civil penalty of not less than ...nd not more than $10,000, plus 3 times the amount of damages sustained ...vernment. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

NSN 7540-00-634-4046

...d for Local Reproduction
...dition is not Usable

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   [ ] No

IDS Property and Casualty Insurance Company        Policy #: AI02062144
3500 Packerland Drive
De Pere, WI 54115

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** [X] Yes  [ ] No   **17. If deductible, state amount.**

Medical Payment Coverage

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts).

**19. Do you carry public liability and property damage insurance?** [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   [X] No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK



**U.S. CAPITOL**
*Visitor Center*

United States Capitol
Capitol Visitor Center
Washington, D.C. 20515

202-593-1816
www.visitthecapitol.gov

March 18, 2013

Sharon Lewis Tompkins, Esq.
Lewis & Tompkins, P.C.
4720 Montgomery Lane, Suite 330
Bethesda, Maryland 20814

VIA FASCIMILE: 202.371.9228
U.S. MAIL, RETURN RECEIPT

Re: Tsion Haile

Dear Ms. Lewis Tompkins:

I am in receipt of your letter of representation dated February 5, 2013, regarding your client referenced above. Please be advised that your client's claim will not be considered filed until a completed Federal Tort Claims Act (FTCA) form (SF 95) is received in this office, in accordance with the requirements of the FTCA. In order to be considered, the claim must state a sum certain and must be received in this office within two (2) years of the date of the alleged incident giving rise to the claim. Enclosed is a SF 95 form and instructions for your reference.

Please send all documents and correspondence in this matter to my attention:

Aisha Murray
Counsel, U.S Capitol Visitor Center
Room SVC 101
The United States Capitol
Washington DC 20515

To avoid mail delays, you may send all documents and correspondence by facsimile to my attention at 202.593.1831 or 202.592.1832.

Sincerely,

Aisha Murray
Counsel, US Capitol Visitor Center
Office of the Architect of the Capitol

Enclosures (3)